

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00139-CV

---

JONATHAN SAVAGE AND MEN-TRUC NGUYEN, APPELLANTS

V.

KINGDOM BUILDERS CONSTRUCTION, A DT COMPANY, LLC, APPELLEE

---

On Appeal from the 355th District Court
Hood County, Texas
Trial Court No. C2025071, Honorable Bryan T. Bufkin, Presiding

---

March 16, 2026

## MEMORANDUM OPINION

Before PARKER, C.J. and DOSS and YARBROUGH, JJ.

Appellants, Jonathan Savage and Men-Truc Nguyen, filed a notice of appeal from the trial court's judgment without paying the requisite filing fee.[1]  By letter of February 26, 2026, the Clerk of this Court notified Appellants that the filing fee was overdue and that unless they were excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by March 2, 2026, would result in dismissal of the appeal.

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE § 73.001.

To date, Appellants have neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Appellants have failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam